# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 22-00122-dd |
| Travis Cardale Southerland, Sr. and Crystal Southerland, | Chapter 13 |
| Debtors | |

## OBJECTION TO CONFIRMATION

AutoMoney Inc. ("AutoMoney") a secured creditor in the above captioned case, by and through its undersigned attorney, hereby files its Objection to Confirmation of the Debtors' Plan ("Objection"), on the following grounds:

### Statutory Basis

1. This Court has jurisdiction of this proceeding under 28 U.S.C. §157(b)(2)(G).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and § 1409

3. The statutory predicates for relief are 11 U.S.C. § 506, 1323, 1325; Federal Rules of Bankruptcy Procedure 3015; and Local Bankruptcy Rules 3015-1, 3015-2, 3015-3.

### Facts

4. AutoMoney is a creditor in the above captioned case and has a secured claim in the amount of $ 1,376.40.

5. AutoMoney's claim is secured by a properly perfected lien against the Debtor's vehicle a ("Vehicle"). See **Exhibit A.**

6. Through the Plan filed on January 26, 2022 ("Plan"), the Debtors are asserting the Vehicle has a value of $ 1,000.00.

7. The proposed Plan attempts to pay AutoMoney $ 19.00 per month until the secured portion of the claim is paid in full.

8. According to the KBB value, the Vehicle has a current value of $ 3,963. See **Exhibit B** attached hereto.

9. The KBB value indicates that the Debtors has/have undervalued AutoMoney's collateral by $ 2,963.

1

## Argument

10. AutoMoney is objecting to the confirmation of the Plan Plan because it proposes to under pay AutoMoney for its secured claim, and as such does not comply with 11 U.S.C. § 1325(a)(5).

11. The Debtors' valuation is lower than the actual market value of this Vehicle and should not be accepted.

12. 11 U.S.C. § 506(a)(2) states that an allowed secured claim is allowed . . . "to the extent of the value of such creditor's interest in the estate's interest in such property . . ."

13. "Section 1325(a)(5)(B)(ii) requires the court to determine the value of property to be distributed under the plan, as of the effective date of the plan." 8-1325 Collier on Bankruptcy P 1325.06

14. AutoMoney asserts that the Plan is not providing its "value" under the proposed Plan.

15. Because Plan, as drafted, does not comply with 11 U.S.C. § 1325(a)(5) it cannot be confirmed.

WHEREFORE, Movant respectfully requests that after such notice and hearing as this Court deems appropriate, the Court deny confirmation of the Plan, or in the alternative direct the Debtor(s) to amend the Plan to conform to this objection, and to award any additional relief as the Court may deem proper.

**Markham Law Firm, LLC**

Date of Service:  February 16, 2022

　　/s/Sean Markham　　
Sean Markham, I.D. # 10145
Attorney for AutoMoney Inc.
P.O. Box 20074
Charleston, SC 29413-0074
Tel: 843-284-3646
Fax: 8438962305
sean@markhamlawsc.com

# Exhibit A



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1HGCM56436A039937 | 2006 | HOND | ACCORD | SD | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 3201 | Used | 0360415321478 | 191878 | SC | 12-10-2021 |

Vehicle Color

**Full Name of Owner(s)**
CRYSTAL SOUTHERLAND
117 LANG WISE RD
PROSPERITY, SC 291276925

**Liens(s)**
AUTOMONEY INC OF NEWBERRY
930 WILSON RD
NEWBERRY, SC 291084620

Lien Date: 12-07-2021
ELT Number: 034132968
LTN: 2710

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: NDFSFFAIWJ

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



# Exhibit B




